# **EXHIBIT A**

Vendor: Cohen Seglias Pallas Greenhall & Furman
1600 Market Street
Philadelphia, PA 19103

| Check Date | Clear Date | Check Number | Check Amount |
|---|---|---|---|
| 9/30/2022 | 9/30/2022 | ACH | 29,652.56 |
| 11/14/2022 | 11/14/2022 | ACH | 29,283.82 |
| TOTAL | | | 58,936.38 |